IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PRESSLEY B. ALSTON,**

    **Plaintiff,**

v.                                                CASE NO. 4:13cv383-MW/GRJ

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation, ECF No.4, filed October 10, 2013. This Court has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5, filed October 30, 2013. Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED without prejudice** pursuant to 28 U.S.C. §1915(g), the three-strikes bar. Leave to proceed *in forma pauperis* is **DENIED**."

1

The Clerk shall close the file.

**SO ORDERED on November 4, 2013.**

                                              **s/Mark E. Walker**
                                              **United States District Judge**